In the Matter of the Petition for DISCIPLINARY ACTION AGAINST Donald J. HEFFERNAN, a Minnesota Lawyer.

No. C9–82–82.

Supreme Court of Minnesota.

Feb. 18, 1988.

**ORDER**

WHEREAS, on July 6, 1984, this Court suspended Donald J. Heffernan for a period of three months, and placed him on supervised probation for a minimum of three years, and

WHEREAS, Donald J. Heffernan has filed with this Court an affidavit stating that he has fully complied with the terms of the Court's order, and

WHEREAS, the Director of the Office of Lawyers Professional Responsibility has filed with this court an affidavit certifying that Donald J. Heffernan has complied with the terms of the order,

NOW, THEREFORE, IT IS ORDERED, Donald J. Heffernan is removed from probationary status.

**GEO. A. HORMEL & COMPANY, Relator (C4–87–929), Respondent (C8–87–965),**

v.

**Myron ASPER, et al., Respondents (C4–87–929), Relators (C8–87–965),**

**Commissioner of Jobs and Training, Respondent.**

Nos. C4–87–929, C8–87–965.

Supreme Court of Minnesota.

Feb. 23, 1988.

**ORDER**

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the petition of Geo. A. Hormel & Company for further review of the decision of the Court of Appeals be, and the same is, granted. The petitioner shall proceed as the appellant and briefs shall be filed in the quantity, form and within the time limitations contained in Minn.R.Civ.App.P. 131 and 132. Counsel will be notified at a later date of the time for argument before this court. No requests for extensions of time for the filing of briefs will be entertained.